UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

                                                                          Chapter 13

      CATHERINE WAKEFIELD,                Case No. 25-11995 (PB)

                                      Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED ORDER VACATING THE AUTOMATIC STAY**

Upon consideration of the *pro se* application of Jonathan Wakefield (the "Movant") seeking an order to vacate the automatic stay pursuant to 11 U.S.C. § 362(d) [ECF No. 25] (the "Motion"); and a hearing having been held on November 26, 2025; and upon consideration of the Limited Objection to Motion filed by Bronson Law Offices P.C. [ECF No. 41] on behalf of Catherine Wakefield (the "Debtor"); and upon the record of the hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted as set forth herein**;** and it is further

**ORDERED**, that the stay is lifted to allow the Movant to proceed in the divorce action pending in Morris County Superior Court, Family Division, in Morriston, New Jersey (the "State Court") captioned *Catherine Wakefield v. Jonathan B. Wakefield*, No. FM-14-1332-19 (the "State Court Proceeding"); and it is further

**ORDERED**, that the automatic stay and this Order do not bar the entry of any decision, order or judgment by the State Court concerning child custody or visitation, or concerning domestic support obligations; and it is further

**ORDERED**, that the automatic stay and this Order do not bar the entry of any decision, order or judgment by the State Court concerning the dissolution of the parties' marriage; and it is further

**ORDERED**, that the stay is lifted to allow for equitable distribution to conclusion and the entry of judgment, but with enforcement of the judgment with respect to any property distribution from the Debtor's estate to take place in this Court; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Motion, or the terms of prior orders this Order shall govern.

**Dated: December 10, 2025**
**New York, New York**                    **/s/ Philip Bentley**
                                          _____
                                          **Hon. Philip Bentley**
                                          **U.S. Bankruptcy Judge**