Certificate Number: 14912-NYS-DE-040415307

Bankruptcy Case Number: 25-11995



14912-NYS-DE-040415307

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2025, at 2:21 o'clock PM EST, Catherine Wakefield completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date:  December 15, 2025           By:   /s/Jai Bhatt

                                   Name: Jai Bhatt

                                   Title: Counselor