**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CATHERINE WAKEFIELD,

       Debtor.

Case No. 25-11995-jpm
Chapter 13

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this proceeding on behalf of Ziegler Law Group, LLC.  Request is made that the documents filed in this proceeding be served on the undersigned at this address:

Sari B. Placona, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
973-622-1800 (phone)
Email:  splacona@msbnj.com

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
*Counsel for Ziegler Law Group, LLC*

By:  */s/ Sari B. Placona*
     Sari B. Placona
     75 Livingston Avenue, Ste. 201
     Roseland, NJ  07068

     -and-

     2037 Genesee Street
     Utica, NY 13501