**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CATHERINE WAKEFIELD,

Debtor.

Case No. 25-11995-jpm
Chapter 13

**JOINDER OF CREDITOR, ZIEGLER LAW GROUP, LLC,**
**TO THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Ziegler Law Group, LLC ("Ziegler"), creditor of Catherine Wakefield, the Chapter 13 debtor (the "Debtor"), by and through its counsel, McManimon, Scotland & Baumann, LLC, respectfully submits this joinder to Thomas Frost, the Chapter 13 Trustee's motion for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing the Debtor's Chapter 13 case, filed on October 5, 2026 [ECF 72]. Ziegler reserves all rights.

Dated: October 21, 2026

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
*Counsel to Ziegler Law Group, LLC*

By: */s/ Sari B. Placona*
Sari B. Placona
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
splacona@msbnj.com
973-622-1800
-and-
2037 Genesee Street
Utica, NY 13501